# Exhibit A



**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

*Statement*

*Page 1 of 1*

*10-Nov-2023*

| Customer |
|---|
| GIOVANNI'S PIZZERIA JAMISON |
| 2190 YORK ROAD |
| |
| JAMISON, PA  18929 |

| | | Account# | Total Due | Current |
|---|---|---|---|---|
| | | GIOVA100 | $3,464.39 | ($0.30) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $2,369.34 | $1,095.35 | $0.00 | $0.00 | $0.00 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| OP010308 | 1-Jun-23 | **1-Jun-23** | OP | ($0.30) | **($0.30)** | Credit | |
| 2033633 | 21-Sep-23 | **21-Sep-23** | IN | $1,282.50 | **$1,095.35** | Delinquent | |
| 2033689 | 26-Sep-23 | **26-Sep-23** | IN | $428.64 | **$428.64** | Delinquent | |
| 2033746 | 29-Sep-23 | **29-Sep-23** | IN | $926.09 | **$926.09** | Delinquent | |
| 2033764 | 2-Oct-23 | **2-Oct-23** | IN | $479.23 | **$479.23** | Delinquent | |
| 2033831 | 5-Oct-23 | **5-Oct-23** | IN | $535.38 | **$535.38** | Delinquent | |