# CibikLaw

**Cibik Law, P.C.**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

215-735-1060
mail@cibiklaw.com

*Via CM/ECF*

November 28, 2023

Timothy B. McGrath
Clerk of Court
U.S. Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Re:  *In re: Tri-State Paper, Inc.*, Case #23-13237-pmm
 *Tri-State Paper v. M and F LLC*, Case #23-00083-pmm

To the Clerk of Court:

The Plaintiff is in receipt of a notice from your office stating that a filing fee in the amount of $350 is due to the Court for filing the complaint in the above matter. However, the fee schedule prescribes that the Court must not charge a fee for filing a complaint when a debtor is the plaintiff.[8]

Because the Plaintiff is the debtor in the associated bankruptcy case, a fee for filing the complaint is not appropriate. If you believe the Plaintiff is mistaken, please assert authority that supports your office's position.

Sincerely,

CIBIK LAW, P.C.

Michael I. Assad (#330937)
Counsel for Plaintiff

---

[8] Judicial Conference of the United States, *Bankruptcy Court Miscellaneous Fee Schedule*, https://www.uscourts.gov/services-forms/fees/bankruptcy-court-miscellaneous-fee-schedule (last visited November 8, 2023).