**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> Tri-State Paper, Inc., <br><br>          Debtor. | Case No. 23-13237-pmm <br><br> Chapter 11 |
| Tri-State Paper, Inc., <br><br>          Plaintiff, <br><br> v. <br><br> M and F LLC, <br><br>          Defendant. | Adversary No. 23-00083-pmm |

**Order Granting Plaintiff's Motion to Determine Filing Fee**

**AND NOW**, upon consideration of the Plaintiff's Motion to Determine Filing Fee, and after proper notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. No fee is due to be paid by the Plaintiff for filing the complaint in this action.


Date: _____

                                                  Patricia M. Mayer
                                                  U.S. Bankruptcy Judge