*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>    Debtor(s) | )   Case No. 23−13237−pmm<br>)   Chapter 11<br>) |
| Tri−State Paper, Inc.<br>Plaintiff | )<br>)<br>)   Adversary No. 23−00083−pmm |
| v. | )<br>) |
| M and F LLC<br>Defendant | )<br>) |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri−State Paper, Inc. and against the Defendant, M and F LLC in the amount of Three Thousand, Four Hundred Sixty Four Dollars and Thirty Nine Cents. ($3,464.39) plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Three Thousand, Eight Hundred Fourteen Dollars and Thirty Nine Cents ($3,814.39) sum certain.

Date: December 21, 2023                                            FOR THE COURT

    ATTEST:

_____
Timothy B. McGrath
Clerk of Court