## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Tri-State Paper, Inc., *Debtor.* | Case No. 23-13237-pmm<br>Chapter 11 |
| Tri-State Paper, Inc., *Plaintiff,*<br><br>v.<br><br>M and F LLC, *Defendant.* | Adversary No. 23-00083-pmm |

### Order Granting Plaintiff's Motion to Compel Discovery

And now, upon consideration of the Motion to Compel Discovery filed by Plaintiff Tri-State Paper, Inc., with proper service and good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Within fourteen (14) days after the entry of this order, Defendant M and F LLC must respond to Tri-State Paper Inc.'s Interrogatives Directed to Judgment Debtor M and F LLC.

3. If the Plaintiff certifies to the Court that the Defendant has failed to comply with this order, the Court will issue an order to show cause why the Defendant should not be held in contempt of court.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge

CC:  Chief Executive Officer
M and F LLC
2190 York Road
Jamison, PA 18929